

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2014

No. 04-14-00337-CV

In the Matter of **J.M.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2005JUV01800
The Honorable Carmen Kelsey, Judge Presiding

**ORDER**

    In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Appellant's motion requesting an extension of time to file the docketing statement and a copy of the record is DENIED AS MOOT.

    It is so ORDERED on June 25, 2014.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2014.

_____
Keith E. Hottle, Clerk